1    Tyler J. Woods (State Bar No. 232464)
       twoods@trialnewport.com
2    Tu-Quyen Pham (State Bar No. 260864)
       tpham@trialnewport.com
3    **NEWPORT TRIAL GROUP**
     A Professional Corporation
4    4100 Newport Place, Suite 800
     Newport Beach, CA 92660
5    Tel: (949) 706-6464
     Fax: (949) 706-6469
6
     **HIDEN, ROTT & OERTLE, LLP**
7     A Limited Liability Partnership
      Including Professional Corporations
8    ERIC M. OVERHOLT, ESQ. (C.S.B. 248762)
       eoverholt@hrollp.com
9    2635 Camino del Rio South, Suite 306
     San Diego, California 92108
10   Telephone: (619) 296-5884
     Facsimile: (619) 296-5171
11
     *Attorneys for Plaintiff*
12

13              **UNITED STATES DISTRICT COURT**

14             **SOUTHERN DISTRICT OF CALIFORNIA**

15

16   THERMOLIFE INTERNATIONAL, LLC      Case No. 3:13-cv-02161-AJB-NLS

17       Plaintiff,
                                        **NOTICE OF VOLUNTARY**
18       vs.                            **DISMISSAL**

19   INDIANA BOTANIC GARDENS, INC.,
                                        [FRCP 41(a)]
20       Defendant.

21

22

23   ///

24   ///

25   ///

26   ///

27   ///

28   ///

                                1

*(left margin, vertical text)* HIDEN, ROTT & OERTLE, LLP   2635 Camino Del Rio South, Suite 306   San Diego, California 92108   TEL (619) 296-5884   FAX (619) 296-5171

1    Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff

2 Thermolife International, LLC hereby dismisses with prejudice this action and all

3 of its claims set forth in the Complaint For Patent Infringement.

4

5 DATED: September 19, 2013                    **HIDEN, ROTT & OERTLE, LLP**

6

7                                         By:   __/s/ ERIC M. OVERHOLT_____

8                                              Eric M. Overholt, Esq.
                                              *Attorneys for Plaintiff*

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

HIDEN, ROTT & OERTLE, LLP
2635 Camino Del Rio South, Suite 306
San Diego, California 92108
TEL (619) 296-5884  FAX (619) 296-5171

2